# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4783
_____

MARY HOOPER,

    Appellant,

    v.

DEPARTMENT OF BUSINESS AND
PROFESSIONAL REGULATION,
DIVISION OF ALCOHOLIC
BEVERAGES AND TOBACCO, an
Agency of the State of Florida,

    Appellee.

_____


On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

March 5, 2019


PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Robert C. Buschel of Buschel Gibbons, P.A., Fort Lauderdale, for Appellant.

Dwight O. Slater, Ross Marshman, Beth A. Miller, and Alison A. Parker, Department of Business and Professional Regulation, Tallahassee, for Appellee.